UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAROLD R MARQUETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>JERI BOE, SCOTT RUSSELL, AURICH, M MAINES,<br><br>    Defendant. | CASE NO. 3:18-CV-05976-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: May 10, 2019 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Harold R. Marquette, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on November 26, 2018. *See* Dkt. 1. On December 13, 2018, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 9. The Court ordered Plaintiff to correct the deficiencies and, on February 24, 2019, Plaintiff filed an Amended Complaint. *Id*.; Dkt. 12. The Court screened Plaintiff's Amended Complaint and found it was deficient. Dkt. 13. On March 13, 2019, the Court ordered Plaintiff to correct the deficiencies in the Amended Complaint ("Order"). *Id*. The Court warned that failure to file an

amended complaint or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the Amended Complaint. *See* Dkt. 13. Therefore, the Court recommends this case be dismissed without prejudice pursuant to 28 U.S.C. §1915.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 10, 2019, as noted in the caption.

Dated this 23rd day of April, 2019.

David W. Christel
United States Magistrate Judge